TDCJ Offender Details

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
TDCJ Home
New Offender Search

26,283-02

 

# Offender Information Details

Return to Search list

| | |
|---|---|
| SID Number: | 01820001 |
| TDCJ Number: | 00563183 |
| Name: | SILVA,DANIEL LOPEZ |
| Race: | H |
| Gender: | M |
| DOB: | 1950-07-12 |
| Maximum Sentence Date: | 2019-03-31 |
| Current Facility: | ESTELLE |
| Projected Release Date: | 2019-03-31 |
| Parole Eligibility Date: | 2011-11-14 |
| Offender Visitation Eligible: | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.**

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

### Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| | | | | | |